**SO ORDERED**

**Date signed November 01, 2004**



**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND

```
In re:                          *

MCSi, INC.                      *    CASE NO.: 03-8-0169-JS
                                     (Chapter 11)
        Debtor                  *
*   *   *   *   *   *   *

FORD MOTOR CREDIT COMPANY       *

        Movant                  *

    v.                          *

MSCi, INC.                      *

        Respondent              *
*   *   *   *   *   *   *   *   *   *   *   *
```

### CONSENT ORDER TERMINATING AUTOMATIC STAY
(2002 Ford E250 Econoline Van, Serial No.: 1FTNE24L02HA32538)

Upon consideration of the Motion Seeking Relief from Automatic Stay and to Reclaim Property filed by Ford Motor Credit Company, the Movant, with regard to the vehicle subject to its perfected purchase money security interest, namely, one 2002 Ford E250 Econoline Van, serial number 1FTNE24L02HA32538; and Movant and the Respondent, MSCi, Inc., having agreed to the

terms of this Consent Order; it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the automatic Stay be, and it hereby is, terminated to allow Movant to repossess and/or to dispose of the above-described vehicle; and it is further

ORDERED, that Movant shall dispose of said vehicle in a commercially reasonable manner and shall pay any surplus sale proceeds to the Respondent.

AND IT IS FURTHER ORDERED, that the Respondent having waived the application of F.R.Bankr.P. 4001(a)(3), this Order shall be enforceable on the date of its entry.

The undersigned hereby agree to the terms of the foregoing Consent Order Terminating Automatic Stay.

| /s/ John F. Carlton | /s/ Michael J. Klima, Jr. |
|---|---|
| JOHN F. CARLTON #06591 | MICHAEL J. KLIMA, JR. #25562 |
| 7 St. Paul Street | Suite 444, World Trade Center |
| Suite 1400 | 401 E. Pratt Street |
| Baltimore, MD 21202 | Baltimore, MD 21202-3091 |
| (410) 347-8700 | (410) 837-1140 |
| Attorney for Debtor/ | Attorney for Movant |
| Respondent | Attorney File No.: 04-1270 |

I HEREBY CERTIFY, that the terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order; and the signatures represented by the  /s/  on this copy reference the signatures of consenting parties on the original Consent Order.

cc:   Michael J. Klima, Jr., Esquire
      Suite 444, World Trade Center
      401 E. Pratt Street
      Baltimore, MD 21202-3091

      MCSi, Inc.
      4751 Hemsptead Station Drive
      Dayton, OH 45429

      John F. Carlton, Esquire
      Aryeh E. Stein, Esquire
      Cameron J. MacDonald, Esquire
      Dennis J. Shaffer, Esquire
      J. Daniel Vorsteg, Esquire
      Pamela M. Kessler, Esquire
      Whiteford, Taylor & Preston, L.L.P.
      2 St. Paul Street
      Suite 1400
      Baltimore, MD 21202

      U.S. Trustee
      Office of the United States Trustee
      300 W. Pratt Street
      Suite 375
      Baltimore, MD 21201

      Jonathan Lawrence Gold, Esquire
      Sam Jack Alberts, Esquire
      Akin Gump Strauss Hauer & Feld, LLP
      1333 New Hampshire Avenue, NW
      Washington, DC 20036

**End of Order**