**DENIED as moot.**



**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| **In re:** | * |
| **MCSI, INC.,** *et al* | * Case No.: 03-80169 (JS) through |
| | Case No.: 03-80176 (JS) |
| **Debtors.** | Chapter 11 |
| | * (Jointly Administered under |
| | Case No.: 03-80169 (JS)) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER EXTENDING THE EXCLUSIVE PERIOD FOR THE DEBTORS TO OBTAIN ACCEPTANCES FOR THEIR PLAN OF REORGANIZATION

Upon consideration of the motion of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order extending the exclusive period for the Debtors to obtain acceptances for their proposed plan of reorganization (the "Motion"), and after consideration of any objections made thereto and after any hearing held thereon; and it appearing that adequate notice of the Motion was provided and that no further or other notice is necessary; and there appearing good cause for granting the relief requested in the Motion; it is by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that the Motion be and the same is hereby GRANTED; and it is further

1

**ORDERED**, that all capitalized terms not defined herein shall have the meanings ascribed to them in the Motion; and it is further

**ORDERED**, that, pursuant to section 1121(d) of the Bankruptcy Code, the Debtors' Exclusive Solicitation Period, with respect to the Plan and any amendments or modifications thereto, is hereby extended to and including May 31, 2004; and it is further

**ORDERED**, that this Order is without prejudice to the right of the Debtors' right to request further extensions of the Exclusive Solicitation Period pursuant to section 1121(d) of the Bankruptcy Code.



**END OF ORDER**

cc:

Paul M. Nussbaum, Esquire
Martin T. Fletcher, Esquire
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626

Mark A. Neal, Esquire
Office of U.S. Trustee
300 West Pratt Street, Suite 350
Baltimore, Maryland 21201

Sam J. Alberts, Esquire
Akin Gump Strauss Hauer & Feld
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC  20036

Nancy V. Alquist, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
300 East Lombard
Suite 1900
Baltimore, MD 21202-3268

*1533892*